**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Franco SANCHETA–ROMANO, aka
Francisco Delgado–Peralta,
Defendant—Appellant.**

**No. 00–50166.
D.C. No. CR–99–00141–DDP–01.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002 *.

Decided April 15, 2002.

Before CANBY, BEEZER and PAEZ,
Circuit Judges.

MEMORANDUM **

Franco Sancheta–Romano appeals his 77–month sentence imposed following his guilty plea to illegal reentry after deportation in violation of 8 U.S.C. § 1326(a). His attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issue for appeal.

Accordingly, we GRANT the motion to withdraw as counsel of record for appellant and the district court's judgment is

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.